IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ROY A. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:21-cv-00584-CHB |
| ) | |
| BANK OF AMERICA, N.A. ET AL. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Roy A. Williams, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and hereby files this Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear his/its own fees and costs.

Respectfully submitted this 11th day of February, 2022.

/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                          */s/ David W. Hemminger*
                                                          David W. Hemminger