UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ROy A. WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 3:21-CV-584-CHB<br><br>**ORDER DISCHARGING SHOW CAUSE ORDERS AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Response of the Plaintiff [R. 27] to the Court's Show Cause Orders [R. 24, R. 25], and Plaintiff's Notice of Voluntary Dismissal of its claims against Defendant Equifax Information Services, LLC [R. 26]. Plaintiff having responded to the Show Cause Orders, having filed a Notice of Voluntary Dismissal and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Orders [**R. 24, R. 25**] are hereby **DISCHARGED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims in this matter against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

This the 14th day of February 2022.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record

1