UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | |
|---|---|
| ROY A. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:21-cv-00584-CHB |
| BANK OF AMERICA, N.A., et al., | ) ) ) |
| Defendants. | ) ) ) ) ) |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S JOINT NOTICE OF SETTLEMENT**

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Roy A. Williams ("Plaintiff") hereby notify the Court that Experian and Plaintiff have reached a settlement in principle as to Plaintiff's claims against Experian. Experian requests that the Court suspend all case deadlines as to Experian for forty-five (45) days, in order for Experian and Plaintiff to finalize settlement and file a stipulation of dismissal with prejudice.

Dated:  March 24, 2022

Respectfully submitted,

<u>/s/ Christopher P. Farris</u>
Christopher P. Farris (Bar # 96248)
BILLINGS LAW FIRM, PLLC
145 Constitution St.
Lexington, KY 40507-2112
Telephone:  (859) 225-5240
Facsimile:  (859) 225-5241
cpfarris@blfky.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

<u>/s/ David W. Hemminger (with permission)</u>
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that March 24, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will serve all counsel of record.

*/s/ Christopher P. Farris*
*Attorney for Defendant*
*Experian Information Solutions, Inc.*