UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ROY A. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:21-CV-584-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL OF** |
| BANK OF AMERICA, N.A., et al, ) | **DEFENDANT EXPERIAN** |
| ) | **INFORMATION SOLUTIONS, INC.,** |
| Defendants. ) | **WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by Plaintiff Roy A. Williams ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), that settlement has been reached as to Plaintiff's claims against Experian [R. 33],

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims in this action against Experian are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff and Experian **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing Plaintiff's claims against Experian, with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to return Experian as a pending Defendant in this action upon application to this Court.

This the 25th day of March, 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of Record