# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)

| | |
|---|---|
| ROY A. WILLIAMS,<br>    Plaintiff, | CASE NO. 3:21-cv-00584-CHB |
| vs. | Judge Claria Horn Boom |
| BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC;<br>    Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Roy A. Williams ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: May 18, 2022

*/s/ David W. Hemminger (with consent)*
David W. Hemminger, Esq.
Hemminger Law Office, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Telephone: 502-443-1060
Fax: 502-873-5300
E-Mail: hemmingerlawoffice@gmail.com

*Counsel for Plaintiff Roy A. Williams*

Date: <u>May 18, 2022</u>

/s/ *Sydney O. Burden*
Sydney O. Burden, Esq. (IN #35503-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400 Ext. 131
Fax:  317-363-2257
E-Mail:  sburden@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Sandra Davis Jansen, Esq. (IN #27803-53)
Trans Union, LLC
555 West Adams Street
Chicago, IL  60661
Phone:  317-908-9680
E-Mail:  sandy.jansen@transunion.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **18th day of May, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | Corey J. Dunn, Esq. cdunn@stites.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **18th day of May, 2022**, properly addressed as follows:

| None. | |
|---|---|

> */s/ Sydney O. Burden*
> Sydney O. Burden, Esq. (IN #35503-49)
>   (admitted *Pro Hac Vice*)
> Schuckit & Associates, P.C.
> 4545 Northwestern Drive
> Zionsville, IN  46077
> Telephone:  317-363-2400 Ext. 131
> Fax:  317-363-2257
> E-Mail:  sburden@schuckitlaw.com
>
> *Counsel for Defendant Trans Union, LLC*