UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ROY A. WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 3:21-CV-584-CHB<br><br>**ORDER OF DISMISSAL OF DEFENDANT TRANS UNIION, LLC, WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff Roy A. Williams and Defendant Trans Union, LLC's, Stipulation of Dismissal [R. 39]. Having reviewed the Stipulation and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.   Plaintiff Roy A. Williams' claims against Defendant Trans Union, LLC, are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

This the 19th day of May 2022.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of Record