UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ROY A. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:21-CV-584-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL OF** |
| BANK OF AMERICA, N.A., *et al.* ) | **DEFENDANT BANK OF AMERICA,** |
| ) | **N.A., WITH PREJUDICE** |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff and Defendant Bank of America, N.A.'s Joint Stipulation of Dismissal with Prejudice. [R. 83]. Having reviewed the Stipulation, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Roy A. Williams's claims against Defendant Bank of America, N.A., are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

2. All claims having been resolved, *see* [R. 29]; [R. 40]; [R. 42], this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 26th day of October, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of record